# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| WITOLD KOLOMPAR,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,<br><br>Respondents. | CV 526-750 |

## ORDER

Before the Court is Petitioner's Notice of Voluntary Dismissal, dkt. no. 10, wherein he notifies the Court that he wishes to dismiss his 28 U.S.C. § 2241 petition. Because Respondent has filed an answer, Petitioner may not utilize Federal Rule of Civil Procedure 41(a)(1)(A)(i) to voluntarily dismiss this case. See Fed. R. Civ. P. 41(a)(1)(A)(i) (allowing for voluntary dismissal *before* an opposing party serves an answer or motion for summary judgment). The Court therefore construes Petitioner's Notice as a motion. Notably, Respondent has filed no objection to the dismissal of this action, and the time for doing so has passed. Accordingly, Petitioner's motion is **GRANTED**, and all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 28 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA